[Argued February 19; decided June 26, 1894.]

## CARMODY *v.* SCHRAMM.

APPEAL from Multnomah: LOYAL B. STEARNS, Judge.

This is a suit by the appellant, Mary E. Carmody, to set aside four deeds executed by Lucinda Hawkins (now deceased), one deed to John Schramm, a second deed to Charles H. Schramm, a third deed dated July fifth, eighteen hundred and eighty-nine, to Samuel Hawkins, and a fourth deed dated July fifth, eighteen hundred and eighty-nine, to Henry H. Hawkins, each deed conveying about forty acres of agricultural land. The two Schramms are grandsons, and the two Hawkinses are sons of the said Lucinda Hawkins. The grounds alleged in the complaint are that Lucinda Hawkins was old, weak, and infirm in body, and feeble and unsound in mind, and was easily influenced and prejudiced against her best friends. And that the defendants, taking advantage of the weak and feeble condition of her mind and body, did unduly influence her to convey said property to them, and to disinherit her daughter, the plaintiff. At the trial before M. C. George, Esq., the complaint was dismissed as to the Hawkinses and the referee reported in favor of the other two defendants. This report having been confirmed by the court, plaintiff appeals.

AFFIRMED.

*Messrs. McGinn, Sears & Simon,* for Appellant.

*Mr. Edward W. Bingham,* for Respondent.

PER CURIAM.

The determination of the question involved in this case rests wholly upon matters of fact, an examination of which has satified us that the conclusions of the trial court are correct, and that the decree must be affirmed.

AFFIRMED.